No. 96–8810.  BIZBERG-GOGOL, AKA ZION v. FEDERAL BUREAU OF INVESTIGATION.  C. A. 11th Cir.  Certiorari denied. ▇

No. 96–8813.  LITTLEFIELD v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 96–8815.  MCDONALD v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 96–8824.  LEEPER v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 96–8830.  PRESCOTT v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 96–8844.  GALLARES v. RUNYON, POSTMASTER GENERAL, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 96–8847.  HARDY v. ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 96–8849.  MANGONE v. UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 96–8853.  HEIMERMANN v. VANDER ARK, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 96–8855.  BATSON v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 96–8861.  ROSE v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 96–8863.  CARROLL v. UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 96–8865.  DAVIS v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 96–8866.  FERRET-CASTELLANOS v. UNITED STATES. C. A. 9th Cir.  Certiorari denied.

No. 96–8867.  HICKS v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 96–8877.  KRAFT v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.